THOMAS T. TAGAWA *v.*
MAUI PUBLISHING COMPANY, LTD.

No. 4689

FEBRUARY 20, 1969.

RICHARDSON, C.J., MARUMOTO, ABE AND LEVINSON, JJ.

*Per Curiam.* Rehearing is denied without argument. Since the filing of the opinion in this case, one justice who participated in the dissent has retired. Abe, J., having dissented from the majority in the opinion, does not concur.

*B. Martin Luna (Ueoka & Vail* of counsel) for the petition.